

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2021

No. 04-20-00349-CV

**CITY OF FREDERICKSBURG, TEXAS**,
Appellant

v.

**E.290 OWNERS' COALITION**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15758
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellant filed an unopposed motion for leave to supplement the clerk's record. Appellant contends the clerk's record filed with this court does not contain all exhibits to three motions and many of the exhibits are illegible.

The motion is GRANTED to the extent appellant requests it be allowed to supplement the clerk's record. However, appellant's request that this court order the Gillespie County District Clerk to file the supplemental record is DENIED based on a lack of specificity.

If appellant wishes to have the clerk's record supplemented, appellant is ORDERED to submit a written request to the Gillespie County District Clerk **no later than April 1, 2021** specifically listing each document appellant wants to include in the supplemental record. *See* TEX. R. APP. P. 34.5(c)(1) (emphasis added) ("If a relevant item has been omitted from the clerk's record, the trial court, the appellate court, or *any party* may by letter direct the trial court clerk to prepare, certify, and file in the appellate court a supplement containing the omitted item."). Appellant is further ORDERED to file a copy of the request in this court **no later than April 1, 2021**.

The written request to the district clerk must comply with Texas Rule of Appellate Procedure 34.5(b)(2) ("A party requesting that an item be included in the clerk's record must specifically describe the item so that the clerk can readily identify it. The clerk will disregard a general designation, such as one for "all papers filed in the case.").

The Gillespie County District Clerk is ORDERED to file the supplemental clerk's record in this court **within thirty days** of receiving appellant's written request.

It is so **ORDERED** March 22, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT